UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

*In Re*:                                                          Chapter 13
                                                          Case No. 18-18542-EEB

PAUL GEORGE HARDY and STEPHANIE JO HARDY, **Debtors,**

U.S. BANK NATIONAL ASSOCIATION, **Movant.**

---

### STIPULATION FOR RELIEF FROM AUTOMATIC STAY IF
### UNCURED DEFAULT OCCURS

---

PAUL GEORGE HARDY and STEPHANIE JO HARDY ("Debtors"), by and through counsel, and U.S. BANK NATIONAL ASSOCIATION, ("Movant"), by and through counsel (Collectively the "Parties"), hereby Stipulate as follows:

1.      Debtors are the owners of a personal residence known as 13102 BELLAIRE DRIVE, THORNTON, COLORADO 80241, which is encumbered by a Promissory Note in the original principal amount of $190,000.00 and secured by a Deed of Trust for the benefit of Movant. The property is described as:

LOT 1, BLOCK 4, COUNTRY HILLS SUBDIVISION FILING NO. 4, AMENDMENT NO. 1, COUNTY OF ADAMS, STATE OF COLORADO.

2.      Debtors have filed a petition in bankruptcy requesting relief pursuant to Chapter 13, Title 11, U.S. Bankruptcy Code.

3.      Debtors and Movant agree that Debtors are in default and in arrears with post-petition mortgage payments as follows:

| | |
|---|---|
| 5 Missed Payments (Nov. 2018 through March 2019) @ $1,693.42 each: | $8,467.10 |
| LESS funds in Debtor's suspense account: | ($1,693.06) |
| **Total:** | **$6,774.04** |

4.      Debtors and Movant agree that Debtors shall cure the existing post-petition arrearages and default as set forth below:

a.      In April, 2019, Debtors shall timely make the contractual mortgage payment for the month of April, 2019 and, on or before the 15th day of the month, make an additional payment of $1,129.00 to be applied to the post-petition arrearages.

b.      In May, 2019, Debtors shall timely make the contractual mortgage payment for the month of May, 2019 and, on or before the 15th day of the

month, make an additional payment of $1,129.00 to be applied to the post-petition arrearages.

c.   In June, 2019, Debtors shall timely make the contractual mortgage payment for the month of June, 2019 and, on or before the 15th day of the month, make an additional payment of $1,129.00 to be applied to the post-petition arrearages.

d.   In July, 2019, Debtors shall timely make the contractual mortgage payment for the month of July, 2019 and, on or before the 15th day of the month, make an additional payment of $1,129.00 to be applied to the post-petition arrearages.

e.   In August, 2019, Debtors shall timely make the contractual mortgage payment for the month of August, 2019 and, on or before the 15th day of the month, make an additional payment of $1,129.00 to be applied to the post-petition arrearages.

f.   In September, 2019, Debtors shall timely make the contractual mortgage payment for the month of September, 2019 and, on or before the 15th day of the month, make an additional payment of $1,129.04 to be applied to the post-petition arrearages.

5.   Debtor agrees to timely make all further post-petition payments pursuant to the contractual terms of the Promissory Note and Deed of Trust.  Payment is due on the payment date specified in the Promissory Note and Deed of Trust. **There is no grace period**.

6.   Debtor agrees to timely pay all other applicable assessments and/or encumbrances on the Property.  Any notice of nonpayment of these expenses shall be considered a default under the terms of this Stipulation.

7.   Debtor agrees to timely pay all sums due for property taxes, insurance and like expenses applicable to the real property that are contractually required by the Promissory Note and Deed of Trust.  Any notice of nonpayment of these expenses shall be considered a default under the terms of this Stipulation.

8.   The Parties agree that Movant is entitled to immediate relief from the automatic stay if an uncured default occurs.  Debtor acknowledges that by entering into this Stipulation, Debtor understands, agrees to, and has been advised to Debtor's satisfaction of the legal ramifications of entering into this Stipulation. Debtor further acknowledges that the terms of this Stipulation are performance-specific and there is no grace period. In consideration for entering into this Stipulation, Movant agrees to forebear the institution of foreclosure proceedings so long as Debtor complies with the terms set forth herein. In the event Debtor defaults under the terms of this Stipulation, Movant agrees to provide a ONE-TIME written notice of default to Debtor and Debtor's counsel. If a Notice of Default is sent by Movant, the default must be cured by Debtor and accepted by Movant within ten (10) days of the date of the notice or the forbearance agreement contained herein is terminated. Movant shall only provide ONE notice of default to

Debtor. Should the default not be cured within ten (10) days of the date of such notice, then Movant will file a Verified Motion to Enforce the Terms of the Stipulation, indicating that Debtor has failed to comply with the terms of this Stipulation and Order and requesting that Movant be granted relief from the automatic stay pursuant to this stipulation. Movant will mail a copy of the Verified Motion to Debtor and Debtor's counsel, although Debtor agrees that the Verified Motion to Enforce Terms of the Stipulation and for Relief from Stay shall be granted ex parte without a hearing.

      a.     Notice of any matters to which notice is required under this Stipulation shall be given to each party at the address listed below.  Notice for the purpose of default shall be made by placing the Notice of Default in the U.S. mail, postage prepaid.

      b.     Any change of address shall be designated pursuant to the notice provisions and shall be deemed given when mailed to the parties at the addresses designated pursuant to the notice provision.

      c.     If Debtor and counsel for Debtor are given notice pursuant to this provision, notice shall be mailed to the addresses set forth at the end of this Stipulation.

      d.     If Movant and counsel for Movant are given notice pursuant to this provision, notice shall be mailed via certified mail - return receipt to the addresses set forth at the end of this Stipulation.

9.     Debtors request and hereby authorize Movant to resume mailing its monthly statements to Debtors.

10.     The Parties stipulate that conversion of this proceeding to a Chapter 7 shall be considered a default under the terms of this stipulation.  Immediately following the effective conversion of this proceeding to Chapter 7, Movant will file its Verified Motion to Enforce the Terms of the Stipulation, indicating that Movant is entitled to relief upon conversion.  Movant will mail a copy of the said Verified Motion to Debtor and Debtor's Counsel, although Debtor agrees that said Verified Motion to Enforce Terms of the Stipulation and for Relief from Stay shall be granted ex parte without a hearing.

11.     The Parties agree that, upon termination of the automatic stay under the conditions described herein, the Chapter 13 Trustee shall make no further distribution to Creditor on its secured claim.

12.     The Parties agree that the requirements of Fed.R.B.P. 4001(a)(3) do not apply and are waived.

13.     The Parties agree that this Stipulation may be signed in counterparts and a facsimile signature may be relied upon as if it were an original signature.

14.     The Parties request that the Court make this Stipulation an Order of Court.

15.     The Parties further request that any hearing scheduled on the Motion for Relief be vacated.

Dated: March 10, 2019

_____
THOMAS A. ARANY
1660 LINCOLN ST., STE. 2505
DENVER, CO  80264
Telephone:
Attorney for Debtors

Dated: 3/15/2019

/s/ Joseph DeGiorgio
_____
Joseph DeGiorgio
Telephone:  (303) 327-8781
Telecopier:  (972) 661-7725
Email Address:  co.ecf@bdfgroup.com

DEBTORS:
PAUL GEORGE HARDY
13102 BELLAIRE DR.
THORNTON, CO 80241

PAUL GEORGE HARDY
13102 BELLAIRE DRIVE
THORNTON, CO 80241

STEPHANIE JO HARDY
13102 BELLAIRE DR.
THORNTON, CO 80241

STEPHANIE JO HARDY
13102 BELLAIRE DRIVE
THORNTON, CO 80241

CO - Chapter 13 Stipulation - Colorado/Colorado/