UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

*In Re*:

Chapter 13
Case No. 18-18542-EEB

PAUL GEORGE HARDY and STEPHANIE JO HARDY, **Debtors,**

U.S. BANK NATIONAL ASSOCIATION, **Movant.**

## ORDER APPROVING STIPULATION

THIS MATTER came before the Court upon the Stipulation of PAUL GEORGE HARDY and STEPHANIE JO HARDY ("*Debtors*") and U.S. BANK NATIONAL ASSOCIATION, ("*Movant*"). The Court has reviewed the Stipulation and FINDS that the parties have reached an agreement regarding relief from the automatic stay imposed by 11 U.S.C §362. The Court being apprised in the premises,

ORDERS that all terms of the Stipulation are hereby approved by the Court on the following described real property:

LOT 1, BLOCK 4, COUNTRY HILLS SUBDIVISION FILING NO. 4, AMENDMENT NO. 1, COUNTY OF ADAMS, STATE OF COLORADO.,

aka 13102 BELLAIRE DRIVE THORNTON, COLORADO 80241.

IT IS FURTHER ORDERED that the requirements of Fed.R.B.P. 4001(a)(3) have been waived.

Any hearing scheduled on the Motion for Relief is hereby vacated.

Dated: this 18th day of March, 2019.

BY THE COURT:

*Elizabeth E. Brown*
Elizabeth E. Brown
U.S. Bankruptcy Judge

CO - Chapter 13 Stipulation - Colorado/Colorado/