United States Bankruptcy Court
District of Colorado

In re:                                                              Case No. 18-18542-EEB
Paul George Hardy                                                   Chapter 13
Stephanie Jo Hardy
        Debtors

## CERTIFICATE OF NOTICE

District/off: 1082-1          User: atwoods           Page 1 of 1              Date Rcvd: May 01, 2019
                              Form ID: trc            Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 03, 2019.
18202967       ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
                 (address filed with court:  U.S. Bank National Association,    c/o U.S. Bank Home Mortgage,,
                   a division of U.S. Bank N.A.,    4801 Frederica Street,    Owensboro, Kentucky 42301)

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 03, 2019                              Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 1, 2019 at the address(es) listed below:
              Abbey Dreher    on behalf of Creditor   U.S. Bank National Association co.ecf@bdfgroup.com
              Adam M Goodman    mail@ch13colorado.com,  agoodman13@ecf.epiqsystems.com
              Francis Laryea    on behalf of Creditor   Selene Finance LP flaryea@rascrane.com
              Joseph D. DeGiorgio    on behalf of Creditor   U.S. Bank National Association co.ecf@bdfgroup.com,
               josephde@bdfgroup.com
              Michael J. Watton    on behalf of Debtor Paul George Hardy wlgdnvr@wattongroup.com,
               MaloneyMR67557@notify.bestcase.com
              Michael J. Watton    on behalf of Debtor Stephanie Jo Hardy wlgdnvr@wattongroup.com,
               MaloneyMR67557@notify.bestcase.com
              Thomas A. Arany    on behalf of Debtor Stephanie Jo Hardy jdrewicz@wattongroup.com,
               MaloneyMR67557@notify.bestcase.com
              Thomas A. Arany    on behalf of Debtor Paul George Hardy jdrewicz@wattongroup.com,
               MaloneyMR67557@notify.bestcase.com
              US Trustee    USTPRegion19.DV.ECF@usdoj.gov
                                                                                             TOTAL: 9

2100 B (12/15)

# United States Bankruptcy Court

District of Colorado
Case No. 18-18542-EEB
Chapter 13

In re: Debtor(s) (including Name and Address)

| | |
|---|---|
| Paul George Hardy<br>13102 Bellaire Dr.<br>Thornton CO 80241 | Stephanie Jo Hardy<br>13102 Bellaire Dr.<br>Thornton CO 80241 |

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim(s) listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 05/01/2019.

| Name and Address of Alleged Transferor: | Name and Address of Transferee: |
|---|---|
| Claim No. 7: U.S. Bank National Association, c/o U.S. Bank Home Mortgage,, a division of U.S. Bank N.A., 4801 Frederica Street, Owensboro, Kentucky 42301 | Selene Finance LP<br>9990 Richmond Ave<br>Suite 400 South<br>Houston, TX 77042 |

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:   05/03/19

Kenneth S. Gardner
**CLERK OF THE COURT**